IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:11CR237 |
| v. | ) | |
| CLAUDIA TAPIA-BORJAS, | ) | ORDER |
| Defendant. | ) | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:11MJ167 |
| v. | ) | |
| CLAUDIA TAPIA-BORJAS, | ) | REASSIGNMENT ORDER |
| Defendant. | ) | |

Before the court is the Notice of Related Case (Filing No. 19) filed by the government in 8:11CR237. After a review of the matter the court finds that the above cases are related. Further, in the interest of judicial economy, case 8:11MJ167 is reassigned to Magistrate Judge Thomas D. Thalken as presiding judge.

SO ORDERED.

DATED this 9th day of August, 2011.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge